IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT
SEP 25 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-CR-268 |
| LUIS MIGUEL RODRIGUEZ GOMEZ, a/k/a: "Luis Miguel RODRIGUEZ-GOMEZ" | Count 1: 8 U.S.C. § 1326(a) & (b)(1) |
| Defendant. | |

**INDICTMENT**

September 2025 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

Count One
(*Illegal Reentry after Removal Subsequent to a Felony Conviction*)

On or about March 12, 2025, in Stafford County and elsewhere in the Eastern District of Virginia, the Defendant, LUIS MIGUEL RODRIGUEZ GOMEZ, an alien, was found in the United States after having been removed and deported therefrom on or about May 11, 2020 at or near Alexandria, Louisiana, said removal being subsequent to a felony conviction in 2017, and

without having obtained the express consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326(a) and (b)(1).)

A TRUE BILL

FOREPERSON

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

Lindsey H. Halligan
United States Attorney

By: _____
Jose M. Ortiz
Special Assistant United States Attorney
April N. Russo
Assistant United States Attorney